# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re: §
§
Raymond C Schmidt § Case No. 16-24590
Terri J Schmidt §
§
§
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/31/2016 . The undersigned trustee was appointed on 07/31/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 10,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 2,038.90 |
| Bank service fees | | 280.05 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 7,681.05 |

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/11/2017 and the deadline for filing governmental claims was 05/11/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,750.00 , for a total compensation of $ 1,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 21.95 , for total expenses of $ 21.95 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/15/2019              By: /s/Joji Takada, Chapter 7 Trustee
                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| Case No: | 16-24590 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Raymond C Schmidt | | | | Date Filed (f) or Converted (c): | 07/31/2016 (f) |
| | Terri J Schmidt | | | | 341(a) Meeting Date: | 08/31/2016 |
| For Period Ending: | 04/15/2019 | | | | Claims Bar Date: | 05/11/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Preferential Transfer (u)  Payment to mother of debtor within one-year of petition date | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 2. 4120 E-10th Rd, Mendota, IL 61342 | 110,000.00 | 110,000.00 | | 0.00 | FA |
| 3. 2003 Silverado Pick up truck | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 4. 2006 Honda CRV | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 5. Household furniture and furnishings | 500.00 | 500.00 | | 0.00 | FA |
| 6. Couch and Chair | 200.00 | 200.00 | | 0.00 | FA |
| 7. Stove refrigerator and washer and dryer | 450.00 | 450.00 | | 0.00 | FA |
| 8. Artwork - 3 Bev Doolittle prints | 300.00 | 300.00 | | 0.00 | FA |
| 9. Clothing | 75.00 | 75.00 | | 0.00 | FA |
| 10. 7 year old dog | 150.00 | 150.00 | | 0.00 | FA |
| 11. Ottawa Savings Bank, Savings Acct # 7210 | 935.00 | 935.00 | | 0.00 | FA |
| 12. Gehand Bank, Savings Acct # 1605 | 65.00 | 65.00 | | 0.00 | FA |
| 13. Gehant Bank, Checking Acct # 1459 | 17.00 | 17.00 | | 0.00 | FA |
| 14. Ottawa Savings Bank, Savings Acct | 15.00 | 15.00 | | 0.00 | FA |
| 15. Ottawa Savings Bank, Checking Acct # 4021 | 27.00 | 27.00 | | 0.00 | FA |
| 16. IRA - Financial Plus Credit Union, Ottawa, IL | Unknown | Unknown | | 0.00 | FA |
| 17. Vehicle  Chevy Blazer 2003 Over 300,000 | 200.00 | 0.00 | | 0.00 | FA |
| 18. Cash  $50 | 50.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $126,984.00        $136,734.00        $10,000.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit A

Investigating preferential payment to insider. - Joji Takada 9/28/2016

Settled preference claim; Motion to approve settlement in process. - Joji Takada 12/20/2016

Consult with tax professional re: return. - Joji Takada 3/14/2017

Consult with tax professional re: return. - Joji Takada 7/24/2017

Claim administration. - Joji Takada 10/1/2017

Prepare TFR and distribution. - Joji Takada 12/15/2017

Prepare TFR and distribution. - Joji Takada 3/28/2018

Prepare TFR and distribution. - Joji Takada 10/8/2018


Initial Projected Date of Final Report (TFR): 12/30/2017     Current Projected Date of Final Report (TFR): 06/30/2019

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 16-24590 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- |
| Case Name: | Raymond C Schmidt | Bank Name: | Associated Bank |
|  | Terri J Schmidt | Account Number/CD#: | XXXXXX0411 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX9829 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/15/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/10/17 | 1 | Marilynn Schmidt | Preference avoidance Settlement payment re preference action against Debtor's relative | 1241-000 | $10,000.00 | | $10,000.00 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.55 | $9,989.45 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.41 | $9,976.04 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.83 | $9,961.21 |
| 04/11/17 | 1001 | Law Offices of Zane Zielinski PC 6336 N Cicero Ave #201 Chicago, IL 60646 | Payment to trustee professional Bankruptcy counsel fees and costs | | | $2,038.90 | $7,922.31 |
| | | Law Offices of Zane Zielinski PC | | ($1,995.00) | 3210-000 | | |
| | | Law Offices of Zane Zielinski PC | | ($43.90) | 3220-000 | | |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.06 | $7,909.25 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.76 | $7,897.49 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.36 | $7,886.13 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.73 | $7,874.40 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.71 | $7,862.69 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.31 | $7,851.38 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.67 | $7,839.71 |

Page Subtotals: $10,000.00 $2,160.29

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-24590 | Trustee Name: | Joji Takada, Chapter 7 Trustee | Exhibit B |
|---|---|---|---|---|
| Case Name: | Raymond C Schmidt | Bank Name: | Associated Bank | |
| | Terri J Schmidt | Account Number/CD#: | XXXXXX0411 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX9829 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 04/15/2019 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.28 | $7,828.43 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.64 | $7,816.79 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.62 | $7,805.17 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.48 | $7,794.69 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.59 | $7,783.10 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.20 | $7,771.90 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.55 | $7,760.35 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.17 | $7,749.18 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.52 | $7,737.66 |
| 09/10/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.50 | $7,726.16 |
| 10/05/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.12 | $7,715.04 |
| 11/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.47 | $7,703.57 |
| 12/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.08 | $7,692.49 |

Page Subtotals: $0.00    $147.22

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**    Exhibit B

Case No: 16-24590  
Case Name: Raymond C Schmidt  
Terri J Schmidt  

Taxpayer ID No: XX-XXX9829  
For Period Ending: 04/15/2019  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX0411  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/19 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.44 | $7,681.05 |

| | | |
|---|---|---|
| COLUMN TOTALS | $10,000.00 | $2,318.95 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,000.00 | $2,318.95 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,000.00 | $2,318.95 |

Page Subtotals:    $0.00    $11.44

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Case 16-24590   Doc 39   Filed 04/17/19   Entered 04/17/19 12:09:48   Desc Main
Document      Page 8 of 14

Exhibit B

### TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0411 - Checking | $10,000.00 | $2,318.95 | $7,681.05 |
| | $10,000.00 | $2,318.95 | $7,681.05 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,000.00 |
| Total Gross Receipts: | $10,000.00 |

Page Subtotals:   $0.00   $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-24590  
Debtor Name: Raymond C Schmidt  
Claims Bar Date: 5/11/2017  

Date: April 15, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $1,750.00 | $1,750.00 |
| 100 2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $21.95 | $21.95 |
| 100 2700 | US Bankruptcy Court Clerk<br>219 South Dearborn<br>Chicago, Illinois 60604 | Administrative | | $0.00 | $350.00 | $350.00 |
| 100 3210 | Law Offices of Zane Zielinski PC<br>6336 N Cicero Ave #201<br>Chicago, IL 60646 | Administrative | | $0.00 | $1,995.00 | $1,995.00 |
| 100 3220 | Law Offices of Zane Zielinski PC<br>6336 N Cicero Ave #201<br>Chicago, IL 60646 | Administrative | | $0.00 | $43.90 | $43.90 |
| 1 300 7100 | Osf Saint Paul Medical Center<br>C/O H And R Accounts Inc<br>Po Box 672<br>Moline Il 61265 | Unsecured | Communicated with debtor who confirmed validity of claim. - Joji Takada 4/1/2019 | $0.00 | $402.80 | $402.80 |
| 2 300 7100 | Illinois Valley Community Hospital<br>C/O Collection Professionals Inc.<br>723 First St.<br>Lasalle, Il 61301 | Unsecured | Communicated with debtor who confirmed validity of claim. - Joji Takada 4/1/2019 | $0.00 | $11,012.98 | $11,012.98 |
| 3 300 7100 | St. Margarets Health<br>C/O Collection Professionals Inc.<br>723 First St.<br>Lasalle, Il 61301 | Unsecured | Communicated with debtor who confirmed validity of claim. - Joji Takada 4/1/2019 | $0.00 | $2,774.75 | $2,774.75 |
| 4 300 7100 | Hospital Radiology<br>C/O Collection Professionals Inc<br>723 First St<br>La Salle, Il 61301-2535 | Unsecured | Communicated with debtor who confirmed validity of claim. - Joji Takada 4/1/2019 | $0.00 | $1,613.21 | $1,613.21 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-24590  
Debtor Name: Raymond C Schmidt  
Claims Bar Date: 5/11/2017  

Date: April 15, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5 300 7100 | I.V.C.H/Hospital Lists<br>C/O Collection Professionals Inc.<br>723 First St.<br>Lasalle, Il 61301 | Unsecured | Communicated with debtor who confirmed validity of claim. - Joji Takada 4/1/2019 | $0.00 | $1,202.00 | $1,202.00 |
| 6 300 7100 | Kwang Chung Md<br>C/O Collection Professionals Inc.<br>723 First St.<br>Lasalle, Il 61301 | Unsecured | Communicated with debtor who confirmed validity of claim. - Joji Takada 4/1/2019 | $0.00 | $885.26 | $885.26 |
| 7 300 7100 | Chessie Lane Animal Hospital<br>C/O Collection Professionals Inc.<br>723 First St.<br>Lasalle, Il 61301 | Unsecured | Communicated with debtor who confirmed validity of claim. - Joji Takada 4/1/2019 | $0.00 | $248.93 | $248.93 |
| 8 300 7100 | Peru Anesthesia<br>C/O Collection Professionals Inc.<br>723 First St.<br>Lasalle, Il 61301 | Unsecured | Communicated with debtor who confirmed validity of claim. - Joji Takada 4/1/2019 | $0.00 | $247.50 | $247.50 |
| 9 300 7100 | I.V.C.H/Peru Primary Care<br>C/O Collection Professionals Inc.<br>723 First St.<br>Lasalle, Il 61301 | Unsecured | Communicated with debtor who confirmed validity of claim. - Joji Takada 4/1/2019 | $0.00 | $240.52 | $240.52 |
| 10 300 7100 | Northern Il Ent Specialists<br>C/O Collection Professionals Inc.<br>723 First St.<br>Lasalle, Il 61301 | Unsecured | Communicated with debtor who confirmed validity of claim. - Joji Takada 4/1/2019 | $0.00 | $170.00 | $170.00 |
| 11 300 7100 | Won Kim Md<br>C/O Collection Professionals Inc.<br>723 First St.<br>Lasalle, Il 61301 | Unsecured | Communicated with debtor who confirmed validity of claim. - Joji Takada 4/1/2019 | $0.00 | $54.37 | $54.37 |
| 12 300 7100 | I.V.C.H/Family Med. Clinic<br>C/O Collection Professionals Inc.<br>723 First St.<br>Lasalle, Il 61301 | Unsecured | Communicated with debtor who confirmed validity of claim. - Joji Takada 4/1/2019 | $0.00 | $40.00 | $40.00 |
| 13 300 7100 | Wells Fargo Financial National Bank<br>Wells Fargo Bank, N.A.<br>Po Box 10438<br>Des Moines, Ia 50306-0438 | Unsecured | Communicated with debtor who confirmed validity of claim. - Joji Takada 4/1/2019 | $0.00 | $4,593.30 | $4,593.30 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-24590  
Debtor Name: Raymond C Schmidt  
Claims Bar Date: 5/11/2017  
Date: April 15, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 14 300 7100 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Blains Farm & Fleet ) Pob 41067 Norfolk, Va 23541 | Unsecured | Communicated with debtor who confirmed validity of claim. - Joji Takada 4/1/2019 | $0.00 | $621.92 | $621.92 |
| | Case Totals | | | $0.00 | $28,268.39 | $28,268.39 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 3    Printed: April 15, 2019

**UST Form 101-7-TFR (5/1/2011)** *(Page: 11)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-24590
Case Name: Raymond C Schmidt
             Terri J Schmidt
Trustee Name: Joji Takada, Chapter 7 Trustee

Balance on hand      $      7,681.05

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Trustee Expenses: Joji Takada | $ 21.95 | $ 0.00 | $ 21.95 |
| Attorney for Trustee Fees: Law Offices of Zane Zielinski PC | $ 1,995.00 | $ 1,995.00 | $ 0.00 |
| Attorney for Trustee Expenses: Law Offices of Zane Zielinski PC | $ 43.90 | $ 43.90 | $ 0.00 |
| Charges: US Bankruptcy Court Clerk | $ 350.00 | $ 0.00 | $ 350.00 |

Total to be paid for chapter 7 administrative expenses      $      2,121.95
Remaining Balance      $      5,559.10

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,107.54  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Osf Saint Paul Medical Center | $ 402.80 | $ 0.00 | $ 92.88 |
| 2 | Illinois Valley Community Hospital | $ 11,012.98 | $ 0.00 | $ 2,539.55 |
| 3 | St. Margarets Health | $ 2,774.75 | $ 0.00 | $ 639.85 |
| 4 | Hospital Radiology | $ 1,613.21 | $ 0.00 | $ 372.00 |
| 5 | I.V.C.H/Hospital Lists | $ 1,202.00 | $ 0.00 | $ 277.18 |
| 6 | Kwang Chung Md | $ 885.26 | $ 0.00 | $ 204.14 |
| 7 | Chessie Lane Animal Hospital | $ 248.93 | $ 0.00 | $ 57.40 |
| 8 | Peru Anesthesia | $ 247.50 | $ 0.00 | $ 57.07 |
| 9 | I.V.C.H/Peru Primary Care | $ 240.52 | $ 0.00 | $ 55.46 |
| 10 | Northern Il Ent Specialists | $ 170.00 | $ 0.00 | $ 39.20 |
| 11 | Won Kim Md | $ 54.37 | $ 0.00 | $ 12.54 |
| 12 | I.V.C.H/Family Med. Clinic | $ 40.00 | $ 0.00 | $ 9.22 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | Wells Fargo Financial National Bank | $ 4,593.30 | $ 0.00 | $ 1,059.20 |
| 14 | Portfolio Recovery Associates, Llc | $ 621.92 | $ 0.00 | $ 143.41 |
| | Total to be paid to timely general unsecured creditors | | $ | 5,559.10 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE