**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-24590 |
| Raymond C Schmidt | § | Chapter 7 |
| Terri J Schmidt | § | |
| Debtor(s) | § | |
| | § | |

TO:   See attached Service List

**CERTIFICATE OF SERVICE**

    I, the undersigned attorney, certify that I served a copy of the **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** upon the person(s) listed above by mailing the same by First Class U.S. Mail at Chicago, Illinois on the date set forth below, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid documents with the Clerk of the Bankruptcy Court through the CM/ECF system.

Date:   4/30/2019                                      */s/ Joji Takada*
                                                                  Bankruptcy Trustee

Prepared by:
Joji Takada
TAKADA LAW OFFICE, LLC
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

# SERVICE LIST

**Electronic Mail Notice List**

- Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
- William T Surin   aslaw@mchsi.com
- Joji Takada   trustee@takadallc.com, jtakada@ecf.axosfs.com
- Zane L Zielinski   trustee@zanezielinski.com, fax@zanezielinski.com
- Zane Zielinski, Trustee   trustee@zanezielinski.com, zzielinski@ecf.axosfs.com

**First Class Mail Notice List**

Raymond C Schmidt
Terri J Schmidt
4120 E -10th Rd
Mendota, IL 61342

llinois Physicians Network, LLC
8725 W. Higgins Rd.
Suite 110
Chicago, IL 60631

Hospital Radiology
c/o Collection Professionals Inc
723 First St
La Salle, IL 61301-2535

Kwang Chung MD
c/o Collection Professionals Inc.
723 First St.
LaSalle, IL 61301

Peru Anesthesia
c/o Collection Professionals Inc.
723 First St.
LaSalle, IL 61301

Northern IL ENT Specialists
c/o Collection Professionals Inc.
723 First St.
LaSalle, IL 61301

I.V.C.H/Family Med. Clinic
c/o Collection Professionals Inc.
723 First St.
LaSalle, IL 61301

Portfolio Recovery Associates, LLC
Successor to SYNCHRONY BANK
(BLAINS FARM & FLEET )
POB 41067
Norfolk, VA 23541

OSF SAINT PAUL MEDICAL CENTER
C/O H AND R ACCOUNTS INC
PO BOX 672
MOLINE IL 61265

St. Margarets Health
c/o Collection Professionals Inc.
723 First St.
LaSalle, IL 61301

I.V.C.H/Hospital Lists
c/o Collection Professionals Inc.
723 First St.
LaSalle, IL 61301

Chessie Lane Animal Hospital
c/o Collection Professionals Inc.
723 First St.
LaSalle, IL 61301

I.V.C.H/Peru Primary Care
c/o Collection Professionals Inc.
723 First St.
LaSalle, IL 61301

Won Kim MD
c/o Collection Professionals Inc.
723 First St.
LaSalle, IL 61301

Wells Fargo Financial National Bank
Wells Fargo Bank, N.A.
PO Box 10438
Des Moines, IA 50306-0438